# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TRAXLER, Jr., William B. | U.S. Court of Appeals, Fourth Circuit | 05/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

300 E. Washington Street, Suite 222
Greenville, SC 29601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Furman University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 05/00/92 | State of S.C. Circuit Judge Retirement benefit (see III.A.1) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | State of S.C. Circuit Judge Retirement benefit | $71,641.80 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | State of S.C. Retirement benefit |
| 2. 2015 | Greenville TEC |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | North Carolina Bar Association | 6/18/15 - 6/19/15 | Asheville, North Carolina | Speaker - Annual Meeting | Lodging |
| 2. | Federal Bar Association, Eastern District of North Carolina | 6/25/15 | Raleigh, North Carolina | Speaker | Meal, transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TRAXLER, Jr., William B.** | 05/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Greenville County, S.C. | | None | M | W | | | | | |
| 2.  (2) Leon County, Fla. | | None | M | W | | | | | |
| 3.  (3) Leon County, Fla. | | None | K | W | | | | | |
| 4.  Sonoco stock (common) | A | Dividend | J | T | | | | | |
| 5.  Palmetto Bank - various accounts | A | Interest | K | T | | | | | |
| 6.  American Washington Mutual Investors Fund IRA | A | Dividend | K | T | | | | | |
| 7.  Motorola Solutions stock (common) | A | Dividend | J | T | | | | | |
| 8.  McDonalds stock (common) | A | Dividend | J | T | | | | | |
| 9.  Kellogg's stock (common) | A | Dividend | J | T | | | | | |
| 10.  RPM stock (common) | A | Dividend | J | T | | | | | |
| 11.  Sun Trust stock (common)` | A | Dividend | J | T | | | | | |
| 12.  Trust #1 | D | Rent | M | W | | | | | |
| 13.  --Wells Fargo National Bank checking account | A | Interest | J | T | | | | | |
| 14.  --Greenville County, SC | D | Rent | M | W | | | | | |
| 15.  TD Bank - checking account | A | Interest | K | T | | | | | |
| 16.  Vanguard Group Growth & Income Portfolio | A | Dividend | J | T | | | | | |
| 17.  American Growth Fund of America IRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American New Perspective Fund IRA | A | Dividend | K | T | | | | | |
| 19. First Citizens Bank-various accounts | A | Interest | K | T | | | | | |
| 20. Ameritrade IRA | A | Dividend | J | T | | | | | |
| 21. --MIPS Technologies stock (common) | A | Dividend | J | T | | | | | |
| 22. --Honeywell stock (common) | A | Dividend | J | T | | | | | |
| 23. --Applied Materials stock (common) | A | Dividend | J | T | | | | | |
| 24. --Texas Instrument stock (common) | A | Dividend | J | T | | | | | |
| 25. BB&T stock (common) | A | Dividend | J | T | | | | | |
| 26. Home Depot stock (common) | A | Dividend | J | T | | | | | |
| 27. Pfizer stock (common) | A | Dividend | J | T | | | | | |
| 28. Athene -- whole life insurance policies | A | Interest | J | T | | | | | |
| 29. Protective Life -- whole life insurance policy | A | Interest | J | T | | | | | |
| 30. Jefferson National Life -- whole life insurance policy | A | Interest | J | T | | | | | |
| 31. Conagra stock (common) | A | Dividend | J | T | | | | | |
| 32. Piedmont Natural Gas stock (common) | A | Dividend | J | T | | | | | |
| 33. Regions Financial Corp. stock (common) | A | Dividend | J | T | | | | | |
| 34. Jefferson County, Florida | D | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. South State Bank - savings account | A | Interest | M | T | | | | | |
| 36. Independence Bank-money market account | A | Interest | K | T | | | | | |
| 37. Monsanto stock (common) | A | Dividend | J | T | | | | | |
| 38. Pfizer stock (common) | A | Dividend | J | T | | | | | |
| 39. Federated Investor Funds Govt. Cash Series | A | Interest | J | T | | | | | |
| 40. Putnam Investments Tax Free Mutual Fund | A | Interest | J | T | | | | | |
| 41. SCANA stock (common) | A | Dividend | J | T | | | | | |
| 42. South State Bank - money market account | A | Interest | | | Closed | 09/28/15 | J | | |
| 43. First Community Bank - checking account | A | Interest | M | T | | | | | |
| 44. SPDR Trust Series 1 SPY Fund | A | Dividend | J | T | | | | | |
| 45. First South Bank-CD account | A | Interest | L | T | | | | | |
| 46. Antigonish County, Nova Scotia, Canada | | None | N | T | | | | | |
| 47. RBC Bank-savings account-Canada | | None | J | T | | | | | |
| 48. NBSC Bank-money market account | A | Interest | | | Closed | 06/26/15 | M | | |
| 49. TD Canada Trust-checking account-Canada | | None | K | T | | | | | |
| 50. Southern First Bank-CD | A | Interest | M | T | | | | | |
| 51. Bank of NC - CD | A | Interest | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. United Community Bank - checking account | A | Interest | K | T | | | | | |
| 53. Anderson SC Wtr and Sewer Bond | A | Interest | K | T | | | | | |
| 54. Fort Mill SC Sch. Facs Corp. Install Bond | A | Interest | J | T | | | | | |
| 55. SC Jobs Econ Dev. Dev. Rev. Bon Secours Hlth Sys.Bond | A | Interest | J | T | | | | | |
| 56. SC Jobs EDA Hosp Rev RFDG Georgetown Hosp Bond | A | Interest | J | T | | | | | |
| 57. Grand South Bank - CD | A | Interest | M | T | Open | 07/01/15 | M | | |
| 58. Reynolds American stock (common) | A | Dividend | J | T | Buy | 08/21/15 | J | | |
| 59. TD Canada Trust - savings account - Canada | A | Interest | M | T | Open | 07/28/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Parts II and III.A.1 -- I am eligible for a lifetime monthly retirement benefit of approximately 18/24 of 71.3% of the salary of a Circuit Judge of South Carolina. Payment began when I turned 55 years of age on May 1, 2003.

In Part VII, #6, #17, and #18 --The company or fund family that sponsors these funds is American Funds.

In Part VII, #12 -- No distribution was made from the trust to me in 2015.

In Part VII, #16 -- This is a mutual fund. The fund family is The Vanguard Group.

In Part VII, #34 -- Income is from rent, agricultural program payments, and timber sales.

In Part VII, #39 -- This line-item is a money market mutual fund at Sandlapper Securities into which my dividends are placed that are received directly by my broker. The fund family is Federated Investor Funds.

In Part VII, #40 -- The company or fund family is Putnam Investments.

In Part VII, #44 -- This is an exchange traded fund. The fund family is SPDR Trust Series 1.

In Part VII, #47 -- This account was originally set up as a savings account. I asked that no interest be paid.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William B. TRAXLER, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544